

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00266-CV

S.J. LOUIS CONSTRUCTION OF TEXAS, LTD.                                          APPELLANT

V.

PRINCIPLE ENVIRONMENTAL, LLC D/B/A PRINCIPLE ENERGY SERVICES                    APPELLEE

------------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 067-278325-15

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion for Dismissal upon Agreement, Vacate Trial Court's Judgment, Discharge the Surety on the Supersedeas Bond, and Release the Supersedeas Bond." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f). Further, the

---

[1]*See* Tex. R. App. P. 47.4.

surety for appellant S.J. Louis Construction of Texas, Ltd., Liberty Mutual Insurance Company, is discharged from its liability on the supersedeas bond filed in the trial court on August 4, 2016. *See Akin, Gump, Strauss, Hauer & Feld, L.L.P. v. Nat'l Dev. & Research Corp.*, 313 S.W.3d 467, 468 (Tex. App.—Dallas 2010, no pet.) (op. on remand). The discharge of the surety shall also be reflected in the mandate, which shall be issued this same day under the parties' agreement. *See* Tex. R. App. P. 18.1(c). Each party shall bear its own costs of court, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J

DELIVERED: October 13, 2016